954

No. 99–5772. THOMAS v. CLAGETT, JUDGE, CIRCUIT COURT OF MARYLAND, CALVERT COUNTY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–5773. THANNISCH v. SCOTT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–5779. COLEMAN v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 99–5780. AJIWOJU v. HOUSING AUTHORITY OF KANSAS CITY, KANSAS. C. A. 10th Cir. Certiorari denied.

No. 99–5782. LESLIE v. LITSCHER, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS; and
No. 99–6006. PISCHKE v. LITSCHER, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied. Reported below: 178 F. 3d 497.

No. 99–5783. NELMS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–5784. ASHER v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–5785. BEATHARD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5787. LEMONS v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–5789. NUBINE v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 99–5794. SYVERTSON v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 99–5798. SMITH v. SNYDER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–5799. ACKER v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA. C. A. 9th Cir. Certiorari denied.